# Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) CASE NO. 22-02613
)
Banner Equipment Co. )
)
)
Debtor(s). ) HON. LaShonda A. Hunt

State of Illinois)
County of Cook)

## AFFIDAVIT OF AUCTIONEER/APPRAISER

I, David Heath, being duly sworn, and under oath, deposes and states as follows:

1) That I am the President of Heath Industrial Auction Services, Inc. DBA American Auction Associates, Inc. in the business of providing auction and appraisal services located at 2100 Stonington Ave., Hoffman Estates, Illinois 60169.

2) That neither I nor any partner or associate, insofar as we have been able to ascertain, had any prior contact with the Debtor, has any connection with the Debtor, its creditors, or any other party in interest, or their respective attorneys.

3) That neither I nor any partner or associate, insofar as we have been able to ascertain, represents any interest adverse to that of the estate, the Trustee or the Debtor in the matters upon which this law firm is to be engaged.

4) To the best of my knowledge, information and belief, neither myself, nor any member of my firm holds any interest nor represents any interest, or is related to, in any manner, the United States Trustee in this District or any of his employees, or any individual serving in any capacity as either United States Trustee or Assistant United States Trustee in any other District.

5) Based on the foregoing, I believe that myself and all partners and associates are "disinterested" within the meaning of Sections 101(13) and 327 of the Bankruptcy Code.

6) Pursuant to Section 504 of the Bankruptcy Code, the undersigned states that no agreement or understanding exists between themselves and any other person for a division of compensation received or to be received herein. No division of compensation shall be made by them except as provided in Sec. 504, and no agreement, expressed or implied, has been or will be entered into, with the Debtor, creditor, Trustee in bankruptcy or representative of any of them, or attorney for any party in interest for the purpose of fixing fees and other compensation to be paid to any party in interest or to any attorney or any other party in interest, or to any person for services rendered in connection therewith from the assets of the estate, contrary to the provisions of the Bankruptcy Code.

David Heath, President

Subscribed and sworn to before me
This 11TH day of April, 2022

Notary Public

THOMAS MOWERY
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
December 28, 2025